## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/3/00   TIME: 10:00 AM   *10:30am.*

DEFT. RICHARD FRANCIS MOORE (J)          CASE NO. 00-5022-JOHNSON

AUSA. ~~KAREN ATKINSON~~ *Matthew Menchel, AUSA*   ATTY. *Stevenson, AFPD*

AGENT. TOM McLAUGHLIN-FDLE              VIOL. WIRE FRAUD

PROCEEDING INITIAL                      BOND. PTD (GOVT REQUEST)

DISPOSITION: Defendant advised of rights
~~Appt. of counsel 2/7/00 @ 10am.~~
Govt req PTD. PTD hearing set 2/7/00 @ 10am
Prelim/Arraign set 2/17/00 @ 10am.
Federal Public Defender appointed

DATE: 2/3/00.                           TAPE: LRJ-00- 09-650.