# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/7/00   TIME: 10:00 AM

DEFT. RICHARD FRANCIS MOORE (J)   CASE NO. 00-5022-JOHNSON

AUSA. MATTHEW MENCHEL   ATTY. AFPD - Lori Barrist

AGENT. _____   VIOL. 18:1341, 371 WIRE FRAUD

PROCEEDING PRETRIAL DETENTION   BOND. TEMP PTD

DISPOSITION Arraign set 2/17/00 @ 10:00 A.M.

Pretrial Detention hearing held. Agent Thomas McLaughlin sworn.

Court finds defendant is a risk of flight and orders him pretrial detained.

DATE: 2/7/00   TAPE: LRJ-00-09-1935