UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-5022-JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD FRANCIS MOORE

    Defendant.
_____/



## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant, Richard Francis Moore, through undersigned counsel, requests this Court to continue the arraignment in the above-styled cause for twenty (20) days. As grounds therefor, Defendant states:

1. Defendant's arraignment is presently scheduled before this Court for Thursday, February 17, 2000. Defendant has waived his right to be prosecuted by indictment and is involved in plea negotiations with the government. It is anticipated that within the next few days a negotiated plea agreement will be reached and Defendant will be prosecuted by information. To facilitate this process, it is requested that Defendant's arraignment be continued.

2. Undersigned counsel has contacted Assistant United States Attorney Matthew Menchel who has no objection to the foregoing motion.

WHEREFORE, Defendant requests this Court to grant the above-styled motion.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
400 Australian Ave. N., Ste. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 16th day of February, 2000, to Assistant United States Attorney Matthew Menchel, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394.

Peter Birch