UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-5022-JOHNSON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RICHARD FRANCIS MOORE,

       Defendant.

_____/



### ORDER

    THIS CAUSE came before the Court upon Defendant Moore's Unopposed Motion to Continue Arraignment, filed February 16, 2000. The government having no objection and the Court being fully advised in the premises, it is

    ORDERED AND ADJUDGED that said motion is hereby GRANTED. The arraignment is hereby reset to Tuesday, February 29, 2000 at 10:00 A.M., before the undersigned.

    DONE AND ORDERED at West Palm Beach, Florida, this 17th day of February, 2000.

                        LINNEA R. JOHNSON
                        UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Matthew Menchel, AUSA
Peter Birch, AFPD
U.S. Pretrial Services

