UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # _____

VS.                               REPORT COMMENCING CRIMINAL ACTION

Richard Francis Moore             PRISONER # 53722-004

************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI     FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 02-02-2000

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: U.S.C. Title 18, Sec 1341, Mail Fraud

4) U. S. CITIZEN  [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 4-5-38

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT          [X] COMPLAINT TO BE FILED ~~ALREADY FILED~~
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: Southern District of Florida

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND _____

8) ARRESTING AGENT: Charles L. Haywood         DATE: 2/2/2000

9) AGENCY FBI                                  PHONE: 305/787-6264

10) REMARKS: