CR 18
(1/78)                                         Waiver of Indictment

# United States District Court

## FOR THE

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 00-6043-CR-Ferguson |
| ) | |
| RICHARD MOORE ) | |

### WAIVER OF INDICTMENT

Richard Moore, above named defendant, who is accused of Mail and Wire Fraud, in violation of Title 18, United States Code, Sections 1341, 1343, and other crimes related thereto, being advised of the nature of the charges and of my rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date: 2/21/00

RICHARD MOORE
DEFENDANT

Date: 2/21/00

PETER BIRCH
ATTORNEY FOR DEFENDANT

Before: _____
UNITED STATES MAGISTRATE JUDGE
         District