

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6043-CR-WFD

UNITED STATES OF AMERICA

vs

RICHARD FRANCIS MOORE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Judge Wilkie D. Ferguson on February 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:               Address: _incarcerated_____

_____

                         Telephone: _____

DEFENSE COUNSEL:         Name: _Peter Birch_____

                         Address: _____

                         _____

                         Telephone: _____

BOND (SET)/CONTINUED:    $_100,000.00- Personal Surety._

Bond hearing held: yes_____   no_✓_   Bond hearing set for_____

Dated this_____day of _____, 1999.

                         CLARENCE MADDOX
                         COURT ADMINISTRATOR/CLERK OF COURT

                         By: _Amy Jordan_____
                              Deputy Clerk

                         Court Reporter  _Paul Haferling_

cc: Copy for Judge
    U. S. Attorney

