UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6043-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD FRANCIS MOORE,
        Defendant.
_____/

**MINUTES**
**CHANGE OF PLEA**

    On February 25, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Peter Birch, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _1_ of the ~~indictment~~ _information_. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

    ( )    The Court proceeded to pronounce sentence.

    (X)    The Court postponed sentencing until **5/5/00 at** 9:30 a.m.

    ( )    and the defendant was allowed to remain on present bond until then;

    ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

    ( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge _Wilkie D. Ferguson, JR._
Reporter _Paul Haferling_
Clerk _Amy Jordan_

