UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION



CASE NO. 00-6043-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD FRANCIS MOORE,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

    Defendant, Richard Francis Moore, through undersigned counsel, requests this Court to continue the sentencing in the above-styled cause. As grounds therefor, Defendant states:

    1. Defendant's sentencing is presently scheduled before this Court for Friday, May 5, 2000, at 9:30 a.m. Defendant is currently released on a personal surety bond.

    2. Undersigned counsel has just learned that his daughter is to have an MRI on her brain on the above date. To enable undersigned counsel to attend this procedure, it is requested that Defendant's sentencing be reset to any date after May 5, 2000.

    3. Undersigned counsel has contacted Assistant United States Attorney Matthew Menchel who has no objection to the foregoing motion.



WHEREFORE Defendant requests this Court to grant the above-styled motion.

> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> _____
> Peter Birch
> Assistant Federal Public Defender
> Attorney for the Defendant
> Florida Bar No. 304281
> 400 Australian Ave. N., Ste. 300
> West Palm Beach, FL 33401
> Telephone: (561) 833-6288
> Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 4/2 day of April, 2000, to Assistant United States Attorney Matthew Menchel, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394, and to United States Probation Officer Scott Kirsche, 501 South Flagler Drive, Suite 400, West Palm Beach, FL 33401-5912.

_____
Peter Birch