# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6043-CR-WDF

DEFENDANT Richard Francis Moore   JUDGE Wilkie D. Ferguson

Deputy Clerk Deloris McIntosh   DATE 5/5/00

Court Reporter Paul Haferling   USPO Dedra Pratt

AUSA Matt Menchel (J)   Deft's Counsel Peter Birch

COUNTS DISMISSED  All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until 5/22/00 at 9:00 (AM)/PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release ____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments ____

Assessment $ ____   Fine $ ____

Restitution /Other ____

### CUSTODY

____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: ____

18