**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6043-CR-WDF

DEFENDANT _Richard Moore_    JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_    DATE _May 22, 2000_

Court Reporter _Paul Haferling_    USPO _____

AUSA _Matt Menchel_    Deft's Counsel _Peter Birch, Esq._

COUNTS DISMISSED _All Others_
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

_Right to Appeal_

**JUDGMENT AND SENTENCE**

Imprisonment    Years ___    Months _18_    Counts _One_

Supervised Release _2 yrs_

Probation    Years    Months    Counts

Comments _____

Assessment $ _50.00_    Fine $ _none_

Restitution /Other _167,543.77_

**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_X_ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _1/12/2001_

Commitment Recommendation: _See J&C_

① Drug treatment, ② full-time employment and access to financial statements

Motion for downward is _Denied_