UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
         Plaintiff,

Vs.         Case No. 00-6043-CR-FERGUSON

RICHARD F. MOORE,
         Defendant.
_____/

## ORDER ON MOTION FOR DOWNWARD DEPARTURE

THIS CAUSE came before the Court on the defendant's Motion for Downward Departure. Having fully considered the motion, the presentence report, and argument of counsel, the motion is ***DENIED***.

There is no discretion to grant a departure because all of the grounds stated for departure are discouraged by the sentencing guidelines or have already been factored into the guideline sentence and there is no showing of exceptional circumstances as would take this out of the "heartland" of cases.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___31st___ of May 2000.

                                   WILKIE D. FERGUSON, JR.,
                                   UNITED STATES DISTRICT JUDGE

c:
Matt Menchel, AUSA
Peter Birch, Esq.
U.S. Probation Office.

