UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO: 00-6043-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

RICHARD FRANCIS MOORE,
    Defendant.
_____/

### NOTICE OF APPEAL

Notice is hereby given that Richard Francis Moore, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 1st day of June, 2000.

                        KATHLEEN M. WILLIAMS
                        Federal Public Defender

                        Peter Birch
                        Assistant Federal Public Defender
                        Florida Bar No. 304281
                        400 Australian Avenue North, Suite 300
                        West Palm Beach, Florida 33401-5040
                        Telephone: (561) 833-6288

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this ___ day of June, 2000, upon Ann Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

                        Peter Birch