UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------
)
UNITED STATES OF AMERICA.       )   Case No. 00-6043-Cr-WDF
                                )
        Plaintiff,              )
                                )   Fort Lauderdale, Florida
vs                              )   May 22, 2000
                                )   Monday
RICHARD MOORE,                  )
                                )
        Defendant.              )
---------------------------------)

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:             MATTHEW MENCHEL, AUSA

FOR THE DEFENDANT:              PETER BIRCH, AFPD

COURT REPORTER:                 PAUL HAFERLING, RPR

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**