**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: July 14, 2000
Eleventh Judicial Circuit             USDC # 00-6043-CR-WDF
56 Forsyth Street                     USCA # 00-12997-E
Atlanta, Georgia   30303
```

IN RE: **USA v. Moore**

===================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

　　　　　　_1_ Volume of Pleadings
　　　　　　_1_ Volume of Transcripts

　　　　　_X_ Exhibits:

　　　　　　_1_ PSI (sealed)

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　Clarence Maddox, Court Administrator/Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
　　　　Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS     CLOSED
                                                    APPEAL
                    U.S. District Court
            Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6043-ALL

USA v. Moore                                        Filed: 02/18/00

Other Dkt # 9:00-m -05022

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

RICHARD FRANCIS MOORE (1) ,         Public Defender
DOB 4/5/38 Prisoner # 44523-          [term  05/31/00]
004                                 [COR LD NTC pda]
   defendant                        Federal Public Defender's
 [term  05/31/00]                   Office
                                    400 Australian Avenue N
                                    Suite 300
                                    West Palm Beach, FL 33401-5634
                                    561-833-6288


Pending Counts:                     Disposition

18:371.F CONSPIRACY TO DEFRAUD      18 months imprisonment, 2 years
THE UNITED STATES                   supervised release, $50
(1)                                 special assessment and $67,
                                    543.77 restitution
                                    (1)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints                          Disposition

WIRE FRAUD 18:1341
[ 9:00-m -5022 ]
```



```
Docket as of July 14, 2000 1:38 pm         Page  1
```

```
Proceedings include all events.                           LSS
0:00cr6043-ALL USA v. Moore                          CLOSED APPEAL

RICHARD FRANCIS MOORE, DOB 4/5/38 Prisoner # 44523-004

        defendant


=========================
USA

        plaintiff

U. S. Attorneys:
  Matthew Menchel
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

Proceedings include all events.                                                          LSS
0:00cr6043-ALL USA v. Moore                                                    CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 2/3/00 | -- | ARREST of Richard Francis Moore<br>[ 9:00-m -5022 ] (eg) [Entry date 02/03/00] |
| 2/3/00 | (1) | COMPLAINT as to Richard Francis Moore<br>[ 9:00-m -5022 ] (eg) [Entry date 02/03/00] |
| 2/3/00 | (2) | ORDER on Initial Appearance as to Richard Francis Moore<br>Bond set to Temp PTD., for Appointment of Public Defender<br>Arraignment set for 10:00 2/17/00 ; Detention hearing set<br>for 10:00 2/7/00; Preliminary examination set for 10:00<br>2/17/00; before Duty Magistrate, , ( Signed by<br>Magistrate Linnea R. Johnson on 2/3/00) Tape #<br>LRJ-00-09-650 CCAP<br>[ 9:00-m -5022 ] (eg) [Entry date 02/03/00] |
| 2/3/00 | (3) | Minute of Initial held on 2/3/00 before Magistrate Linnea<br>R. Johnson as to Richard Francis Moore ; Court Reporter<br>Name or Tape #: LRJ-00-09-650<br>[ 9:00-m -5022 ] (eg) [Entry date 02/03/00] |
| 2/7/00 | (4) | Minute of Pretrial Detention held on 2/7/00 before<br>Magistrate Linnea R. Johnson as to Richard Francis Moore ;<br>Court Reporter Name or Tape #: LRJ-00-09-1935<br>[ 9:00-m -5022 ] (eg) [Entry date 02/07/00] |
| 2/7/00 | -- | Detention hearing as to Richard Francis Moore held<br>[ 9:00-m -5022 ] (eg) [Entry date 02/07/00] |
| 2/11/00 | (5) | ORDER OF DETENTION as to Richard Francis Moore ( Signed by<br>Magistrate Linnea R. Johnson on 2/7/00) CCAP<br>[ 9:00-m -5022 ] (eg) [Entry date 02/11/00] |
| 2/16/00 | (6) | MOTION by Richard Francis Moore to continue Arraignment<br>[ 9:00-m -5022 ] (eg) [Entry date 02/17/00] |
| 2/16/00 | -- | Preliminary Examination as to Richard Francis Moore set<br>for 10:00 2/29/00 for Richard Francis Moore before Duty<br>Magistrate<br>[ 9:00-m -5022 ] (eg) [Entry date 02/17/00] |
| 2/17/00 | (7) | ORDER as to Richard Francis Moore granting [6-1] motion to<br>continue Arraignment (1) reset Arraignment for 10:00<br>2/29/00 before Duty Magistrate ( Signed by Magistrate<br>Linnea R. Johnson on 2/17/00) CCAP [EOD Date: 2/17/00]<br>CCAP<br>[ 9:00-m -5022 ] (eg) [Entry date 02/17/00] |
| 2/17/00 | (8) | REPORT Commencing Criminal Action as to Richard Francis<br>Moore DOB: 4/5/38 Prisoner # 53722-004<br>[ 9:00-m -5022 ] (eg) [Entry date 02/18/00] |
| 2/18/00 | (9) | INFORMATION as to Richard Francis Moore (1) count(s) 1<br>(Criminal Category 1) (Preliminary Examination cancelled.)<br>(pb) [Entry date 02/23/00] |

```
Proceedings include all events.                                    LSS
0:00cr6043-ALL USA v. Moore                                   CLOSED APPEAL
```
Vol. 1 Cont.

| Date | # | Entry |
|---|---|---|
| 2/18/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 02/23/00] |
| 2/25/00 | 10 | WAIVER OF INDICTMENT by Richard Francis Moore (dp) [Entry date 02/28/00] |
| 2/25/00 | 11 | ARRAIGNMENT INFORMATION SHEET for Richard Francis Moore (1) count(s) 1   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 02/28/00] |
| 2/25/00 | 12 | Minute of change of plea held on 2/25/00 before Judge Wilkie D. Ferguson Jr. as to Richard Francis Moore ; GUILTY: Richard Francis Moore (1) count(s) 1   Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 02/28/00] |
| 2/25/00 | -- | Change of Plea Hearing as to Richard Francis Moore held (dp) [Entry date 02/28/00] |
| 2/25/00 | 13 | Plea Agreement as to Richard Francis Moore (dp) [Entry date 02/28/00] |
| 2/25/00 | 14 | NOTICE of Hearing as to Richard Francis Moore : setting Sentencing for 9:30 5/5/00 for Richard Francis Moore before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 02/28/00] |
| 2/29/00 | 15 | APPEARANCE BOND entered by Richard Francis Moore  in Amount $ 100,000 PSB   Approved by Judge Wilkie D. Ferguson Jr. .  Surrender passports/travel documents;  Report to PTS as follows: 3 times per week by phone and 1 time a week in person   Random urine testing; Full-time employment; Avoid victims/witnesses;  No firearms/weapons; (dp) [Entry date 03/02/00] |
| 3/23/00 | -- | RECEIVED CALL FROM US PROBATION OFFICER INFORMING COURT THAT THE INCORRECT PRISONER NUMBER WAS WRITTEN ON THE REPORT COMMENCING CRIMINAL ACTION- THE CORRECT PRISONER NUMBER IS 44523-004 as to Richard Francis Moore (kw) [Entry date 03/23/00] |
| 4/5/00 | 16 | MOTION by Richard Francis Moore to continue sentencing (dp) [Entry date 04/07/00] |
| 5/4/00 | 17 | MOTION by Richard Francis Moore for downward departure (dp) [Entry date 05/05/00] |
| 5/5/00 | 18 | Minute of sentencing continued to 5/22/00 on 5/5/00 before Judge Wilkie D. Ferguson Jr. as to Richard Francis Moore ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 05/08/00] |

Proceedings include all events.                                              LSS
0:00cr6043-ALL USA v. Moore                              Vol. 1 Cont.  CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 5/5/00 | 19 | NOTICE of Hearing as to Richard Francis Moore : resetting Sentencing for 9:00 5/22/00 for Richard Francis Moore before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/08/00] |
| 5/22/00 | -- | Sentencing held Richard Francis Moore (1) count(s) 1 (dp) [Entry date 06/01/00] |
| 5/31/00 | 20 | JUDGMENT as to Richard Francis Moore (1) count(s) 1. 18 months imprisonment, 2 years supervised release, $50 special assessment and $67,543.77 restitution ( Signed by Judge Wilkie D. Ferguson Jr. on 5/31/00) CCAP [EOD Date: 6/1/00] CCAP (dp) [Entry date 06/01/00] |
| 5/31/00 | 21 | Minutes of sentencing held on 5/22/00 before Judge Wilkie D. Ferguson Jr. as to Richard Francis Moore ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 06/05/00] |
| 5/31/00 | 22 | ORDER denying motion for downward departure as to Richard Francis Moore ( Signed by Judge Wilkie D. Ferguson Jr. on 5/31/00) CCAP [EOD Date: 6/5/00] CCAP (dp) [Entry date 06/05/00] |
| 6/6/00 | 23 | NOTICE OF APPEAL by Richard Francis Moore re: [20-1] judgment order . EOD Date: 6/1/00; Richard Francis Moore (1) count(s) 1; Filing Fee: $ NO FEE REQUIRED; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 06/07/00] |
| 6/7/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Richard Francis Moore [23-1] appeal (gf) [Entry date 06/07/00] |
| 6/15/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Richard Francis Moore Re: [23-1] appeal USCA Number: 00-12997-E (dl) [Entry date 06/16/00] |
| 6/15/00 | 24 | TRANSCRIPT INFORMATION FORM as to Richard Francis Moore re: [23-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 06/16/00] |
| 6/26/00 | 25 | Appeal Information Sheet as to Richard Francis Moore re: [23-1] appeal Transcript due 7/28/00 for Richard Francis Moore (gf) [Entry date 07/06/00] |
| 7/6/00 | 26 | TRANSCRIPT filed as to Richard Francis Moore of Sentencing Hearing held 5/22/00 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-16 re: [23-1] appeal . Appeal record due on 7/21/00 for Richard Francis Moore (gf) [Entry date 07/07/00]  vol. |

```
Proceedings include all events.                                              LSS
0:00cr6043-ALL USA v. Moore                              Vd.1 Cont CLOSED APPEAL
7/14/00   (27)    Certificate of readiness transmitted to USCA as to Richard
                  Francis Moore  re: [23-1] appeal  by Richard Francis Moore
                  USCA # 00-12997-E (dl) [Entry date 07/14/00] End m1.1
```

