UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6043-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD FRANCIS MOORE,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE DATE OF VOLUNTARY SURRENDER

Defendant, Richard Francis Moore, through undersigned counsel, requests this Court to continue the date of his voluntary surrender. As grounds therefor, Defendant states:

1. On May 22, 2000, this Court sentenced to 18 months imprisonment. To accommodate Defendant's various medical needs the Court set a surrender date of January 2, 2001. Defendant is presently released on a $100,000 personal surety bond.

2. Defendant's medical needs include problems with his eyes, which require surgical treatment. Defendant, a veteran of the U.S. Marine Corps, has been trying for several months to have this surgery scheduled through the Veterans Administration Hospital, but has only recently been successful. The surgery is now scheduled for December 15, 2000 at the Veterans Administration Hospital in Miami, Florida.

3. At present, only 18 days exist between Defendant's scheduled eye surgery and his surrender date. This could preclude adequate post-operative treatment, especially if any complications arise from the surgery. Therefore, to ensure proper post-operative care, it is requested

that Defendant's voluntary surrender date be postponed for 30 to 60 days.

4. It should be noted that in addition to the foregoing, the government has filed an unopposed request for this Court to resentence Defendant. If resentencing is granted, extending Defendant's current surrender date would facilitate his appearance at that hearing.

5. Undersigned counsel has contacted Assistant United States Attorney Matthew Menchel who has no objection to the above-styled motion.

6. Undersigned counsel has contacted United States Pretrial Services Officer Joan Bailis who states Defendant has been complying with all conditions of his release.

WHEREFORE Defendant requests this Court to grant the above-styled motion and delay his surrender date for 30 to 60 days.

> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> Peter Birch
> Assistant Federal Public Defender
> Attorney for the Defendant
> Florida Bar No. 304281
> 400 Australian Ave. N., Ste. 300
> West Palm Beach, FL 33401
> Telephone: (561) 833-6288
> Fax: (561) 833-0368

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this $8\frac{th}{}$ day of December 2000, to Assistant United States Attorney Matthew Menchel, 99 N. E. Fourth Street, Miami, FL 33132, to United States Pretrial Services Officer Joan Bailis, 701 Clematis Street, Room 221, West Palm Beach, FL 33401, and to United States Probation Officer Scott Kirsche, 501 South Flagler Drive, Suite 400, West Palm Beach, FL 33401-5912.

Peter Birch