UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

Vs.                             Case No. 00-6043-CR-FERGUSON

RICHARD FRANCIS MOORE,
Defendant.
_____/

FILED by _____ D.C.
DEC 15 2000
CLARENCE MADDOX

## ORDER ON REQUEST FOR CERTIFICATION\

The appellant is appealing an eighteen (18) month bottom-of-the-guideline sentence imposed after a plea to conspiracy to commit commercial fraud in an elaborate scheme.

In answer to counsel's question the court's response was that on "the grounds presented" it had no discretion to depart downward. What the Court intended to convey, after noting the defendant's extensive criminal history and that he had concealed the fact of this earlier offense when he was sentenced for a subsequent crime, was that there was not a valid basis for the exercise of discretion to depart downward.

Even if the case were remanded for reconsideration the same sentence would be imposed. That point was made clear in a written Order on Motion for Downward Departure, entered May 31, 2000, which considered and

rejected the grounds set forth as a basis for a departure sentence. Therefore, the

Request for Certification is ***DENIED***.

DONE AND ORDERED at Fort Lauderdale, Florida this ___14th___ day of

December 2000.

*[signature]*

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies:
Lisa A. Hirsch, AUSA
Peter Birch, AFPD