UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6043-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD FRANCIS MOORE,

    Defendant.
_____/



### NOTICE OF FILING IN SUPPORT OF MOTION
### TO CONTINUE DATE OF VOLUNTARY SURRENDER

Defendant, Richard Francis Moore, through undersigned counsel, files the attached letter in support of his unopposed request that this Court continue the date of his voluntary surrender. This letter, dated December 14, 2000, from Dr. Ivan Suner, reflects the medical necessity underlying Defendant's request for continuance.

                                        KATHLEEN M. WILLIAMS
                                        FEDERAL PUBLIC DEFENDER

                                        Peter Birch
                                        Assistant Federal Public Defender
                                        Attorney for the Defendant
                                        Florida Bar No. 304281
                                        400 Australian Ave. N., Ste. 300
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 833-6288
                                        Fax: (561) 833-0368

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this /5/h day of December 2000, to Assistant United States Attorney Matthew Menchel, 99 N. E. Fourth Street, Miami, FL 33132, to United States Pretrial Services Officer Joan Bailis, 701 Clematis Street, Room 221, West Palm Beach, FL 33401, and to United States Probation Officer Scott Kirsche, 501 South Flagler Drive, Suite 400, West Palm Beach, FL 33401-5912.

Peter Birch

DEPARTMENT OF VETERANS AFFAIRS
Medical Center
1201 Northwest 16th Street
Miami FL 33125-1693

In Reply Refer To:

Ivan J. Suner, MD
Miami Veterans Affairs Medical Center
1201 NW 16th Street
Miami, FL 33125

December 14, 2000

To Whom It May Concern:

I am writing on behalf of my patient, Mr. Richard F. Moore (SS#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). He is a 62-year-old man with history of visually-significant cataracts in both eyes. The cataracts result in blurred as well as severe glare from lights. He is scheduled for cataract surgery in the right eye on December 15, 2000. Ideally, we would like to also operate on the left eye on January 10th or January 17th. The typical postoperative recovery time is 3-4 weeks. We would appreciate any help with his situation.

Please contact me with any questions or concerns.

Sincerely,

Ivan J. Suner, MD
Assistant Professor of Ophthalmology
Miami Veterans Affairs Medical Center
Bascom Palmer Eye Institute
305-324-3136