# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RICHARD FRANCIS MOORE, (J) 44523-004 | Case Number: 1:00CR06043-001 |
| | Matt Menchel, AUSA / Peter Birch, Esq. |
| THE DEFENDANT: | Defendant's Attorney |

- [X] pleaded guilty to count(s) **One Count Information**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 1341 | Conspiracy to Commit Mail Fraud | 01/01/1996 | 1 |

FILED by _____ D.C.

MAY — 1 2000

CLARENCE MADDOX
C[...] DIST. CT.
S.D. [...] FT. LAUD.

RECEIVED
UNITED STATES MARSHAL
2000 JUN -2 PM 4:03
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [X] The defendant has been found not guilty on count(s) **N/A**
- [X] Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 05/22/2000 |
| Defendant's Date of Birth: 04/05/1938 | Date of Imposition of Judgment |
| Defendant's USM No.: 44523-004 | |
| Defendant's Residence Address: | |
| 16799 Tangerine Boulevard | Signature of Judicial Officer |
| loxahatchee    FL    33470 | **WILKIE D. FERGUSON, JR.,** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 16799 Tangerine Boulevard | May 31, 2000 |
| loxahatchee    FL    33470 | Date |

32

DEFENDANT: **RICHARD FRANCIS MOORE, (J) 44523-004**
CASE NUMBER: 1:00CR06043-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___18___ month(s)___.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ a.m./p.m. on _____.

　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☒ before 2 p.m. on ___01/02/2001___.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_Troy D. Walker_
_5/31/00_

Defendant delivered on __2/1/2001__ to __Federal Prison Camp__
at __Pensacola, FL__, with a certified copy of this judgment.

_Jose M Vazquez Warden_
UNITED STATES MARSHAL

By _[signature]_ FSI
Deputy U.S. Marshal