**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS           Date: March 26, 2001
Eleventh Judicial Circuit              USDC # 00-6043-CR-WDF
56 Forsyth Street                      USCA # 00-12997-EE
Atlanta, Georgia   30303
```

IN RE: **USA v. Moore**

==================================================================

### 1st Supplemental Certificate of Readiness and Transmittal of Supplemental Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      _1_ Volume of Pleadings (D.E. #30)

Judge The Honorable Wilkie D. Ferguson, Jr.

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
Proceedings include events between 12/15/00 and 3/26/01.              LSS
0:00cr6043-ALL USA v. Moore                                    CLOSED APPEAL

                                                          LSS     CLOSED
                                                          APPEAL
                           U.S. District Court
                  Southern District of Florida (FtLauderdale)

                  CRIMINAL DOCKET FOR CASE #: 00-CR-6043-ALL

USA v. Moore                                               Filed: 02/18/00

Other Dkt # 9:00-m -05022
-------------------------------------------------------------------------------
12/15/00 30     ORDER as to Richard Francis Moore  denying [28-1] motion
                for certification regarding resentencing as to Richard
                Francis Moore (1) ( Signed by Judge Wilkie D. Ferguson Jr.
                on 12/14/00) CCAP [EOD Date: 12/18/00] CCAP  (dp)
                [Entry date 12/18/00]                Surr. 1, Vol. 1
-------------------------------------------------------------------------------
12/18/00 31     NOTICE of filing in support of motion to continue surrender
                date by Richard Francis Moore (dp) [Entry date 12/19/00]

1/18/01  --     Transmitted record on appeal to U.S. Court of Appeals as to
                Richard Francis Moore  : [23-1] appeal (gf)
                [Entry date 01/18/01]

1/29/01  --     NOTICE of Receipt of Original record on appeal from USCA as
                to Richard Francis Moore re: [23-1] appeal by Richard Moore
                USCA # 00-12997-EE (dl) [Entry date 01/30/01]
                [Edit date 01/30/01]

2/8/01   32     Judgment Returned Executed as to Richard Francis Moore on
                2/1/01 at FPC Pensacola FL (dp) [Entry date 02/09/01]

3/26/01  33     1st Supplemental Certificate of Readiness and Transmittal
                of Supplemental Record on Appeal transmitted to USCA as to
                Richard Francis Moore  re: [23-1] appeal  by Richard
                Francis Moore USCA # 00-12997-EE (gf) [Entry date 03/26/01]
```



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: Deputy Clerk
Date: 03/26/01