UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
                Plaintiff,

        Vs.                              Case No. 00-6043-CR-FERGUSON

RICHARD FRANCIS MOORE,

        Defendant.

                                    /

JUL 1 7 2001

## ORDER DISMISSING AS MOOT UNOPPOSED MOTION TO CONTINUE DATE OF VOLUNTARY SURRENDER

THIS MATTER is before the Court on the above-mentioned motion filed by defendant,

Richard F. Moore.  After consideration, it is

   **ORDERED AND ADJUDGED** that the motion is ***DISMISSED***.

   **DONE AND ORDERED** in Miami, Florida this _____ day of  July, 2001.

                          _____
                          WILKIE D. FERGUSON, JR.,
                          UNITED STATES DISTRICT JUDGE

cc:
Matthew Menchel, AUSA
Peter Birch, AFPD
U.S. Marshal Service

