

```
FILED by _____ D.C.
DKTG
JUL 10 ...
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

July 06, 2001

RE: 00-12997-EE USA v. Richard Francis Moore
DC DKT NO : 00-06043 CR-WDF

TO: Clarence Maddox

CC: Peter Vincent Birch

CC: Kathleen M. Williams

CC: Lisa A. Hirsch

CC: Jonathan D. Colan

CC: Anne R. Schultz

CC: Administrative File

35/

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 06, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-12997-EE    USA v. Richard Francis Moore
DC DKT NO.: 00-06043 CR-WDF



The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
Original Exhibits, consisting of: one psi
Original record on appeal or review, consisting of: two volumes, one volume supplemental

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

# United States Court of Appeals

For the Eleventh Circuit 

| | |
|---|---|
| No. 00-12997 | FILED<br>U.S. COURT OF APPEALS<br>ELEVENTH CIRCUIT |
| District Court Docket No.<br>00-06043-CR-WDF | Jun 1, 2001<br>THOMAS K. KAHN<br>CLERK |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

RICHARD FRANCIS MOORE,

    Defendant-Appellant.

```
FILED by
DKTG         D.C.

JUL 1 0

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

---
Appeal from the United States District Court
for the Southern District of Florida

---

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

    Entered: June 1, 2001
For the Court: Thomas K. Kahn, Clerk
        By: McCombs, Elaine

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

ISSUED AS MANDATE
JUL 0 6 2001
U.S. COURT OF APPEALS
ATLANTA, GA

**[DO NOT PUBLISH]**

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

No. 00-12997
Non-Argument Calendar

D.C. Docket No. 00-06043-CR-WDF



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN - 1 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD FRANCIS MOORE,

Defendant-Appellant.



Appeal from the United States District Court for the
Southern District of Florida

(June 1, 2001)

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Appellant Richard Francis Moore ("Moore") appeals the 18-month sentence imposed as a result of his guilty plea to conspiracy to commit mail fraud in violation

of 18 U.S.C. § 1341. Moore had moved for a downward departure on: (1) grounds of an overstated criminal history, which, he alleged, caused him to be placed in a criminal history category of IV; (2) the age of the instant offense, which occurred over four years earlier; and (3) post-offense rehabilitation. On appeal, Moore argues that the district court erred in denying his motion for downward departure by pointing to a recent history of reversals in similar cases and concluding that it was safer to apply the guideline sentence in every case before it. The sole issue on appeal is whether the district court recognized its discretion to depart.

Generally, a defendant may not appeal a district court's refusal to depart downward unless the court erroneously believed that it lacked the authority to depart. *United States v. Webb*, 139 F.3d 1390, 1394 (11th Cir. 1998).

After reviewing the record, we conclude that Moore may not appeal the district court's denial of his motion for downward departure where the court acknowledged its discretion to grant the motion but found that, under the facts presented, there was no valid basis on which to exercise that discretion. Accordingly, we affirm Moore's sentence.

**AFFIRMED.**

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By:
Deputy Clerk
Atlanta, Georgia